# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| JAMAL KNOX, | Civil Action No. 4:25-cv-00105 |
| Plaintiff, | CHIEF JUDGE SARA LIOI |
| v. | MAGISTRATE JUDGE AMANDA M. KNAPP |
| CORECIVIC, INC., et al., | **JOINT MOTION FOR PROTECTIVE** |
| Defendants. | **ORDER** |

Plaintiff, Jamal Knox ("Plaintiff"), and Defendants, CoreCivic, Inc., Fender, Bodjanac, George, and Yancy (collectively, "Defendants"), jointly move for the entry of the attached Stipulated Protective Order in this case.

Plaintiff's claims arise from events that took place at the Northeast Ohio Correctional Center, which is owned and operated by CoreCivic, in December 2023. The parties anticipate that during discovery Plaintiff may request that Defendants produce documents and other materials that may contain proprietary operational, financial, pricing, and contractual information; confidential and security-sensitive information regarding the security and operation of current and former CoreCivic-operated facilities; personal information relating to current or former CoreCivic personnel; or medical, mental health, or institutional-related documents pertaining to current or former detainees. The parties contend that in the regular course of discovery, it may be necessary to disclose such information to the lawyers, expert(s) and other witnesses, and/or the Court. The parties wish to ensure that this information remains confidential and that no party to this action makes this information public to individuals or entities that are not involved in this action, due to the inherent security, privacy, and proprietary concerns related to such release, which may

endanger the public, inmates, and NEOCC staff should such information be publicly released; or hinder the ability of CoreCivic to competitively negotiate with potential vendors, bid for correctional services; or impact governmental entities in their efforts to obtain competitive sealed bids for correctional or detention services contracts. Plaintiff and Defendants agree that the procedures outlined in the attached proposed Stipulated Protective Order should be adopted for the protection of Confidential Information that may be produced in this matter. The parties' proposed Stipulated Protective Order is attached as Exhibit 1.

For the foregoing reasons, the parties respectfully request that the Court enter the attached Stipulated Protective Order.

RESPECTFULLY SUBMITTED this ___ day of _____, 2025.

By:/s/ Kristina R. Rood

    Daniel P. Struck, Bar No. AZ012377
    Dana M. Keene, Bar No. 0105374
    Kristina R. Rood *(pro hac vice)*
    STRUCK LOVE ACEDO, PLC
    3100 West Ray Road, Suite 300
    Chandler, AZ  85226
    dstruck@strucklove.com
    dkeene@strucklove.com
    krood@strucklove.com
    Telephone:   (480) 420-1600
    Facsimile:    (480) 420-1695

    *Attorneys for Defendants CoreCivic, Inc., Fender, Bodjanac, George, Sabo, and Yancy*

By:/s/ Seneca Konturas, Esq. *(with permission)*

    Seneca Konturas, Esq., OH Id. No. 0095328
    Law Offices of Seneca Konturas, LLC
    P.O. Box 13358, Fairlawn OH 44334
    (330) 552-7117
    (330) 382-3052

By:/s/ Mart Harris, Esq. *(with permission)*

    Mart Harris, Esq., PA Id. No. 319504
    The Trial Law Firm, LLC
    Fort Pitt Commons
    445 Fort Pitt Blvd., Suite 220
    Pittsburgh, PA 15219
    (412) 588-0030

    *Attorneys for Plaintiff*

3

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on September 3, 2025, I electronically submitted the attached document to the Clerk's Office for filing and caused a true and correct copy of the same to be sent to the following:

Seneca Konturas, Esq.
OH Id. No. 0095328
LAW OFFICES OF SENECA KONTURAS, LLC
P.O. Box 13358
Fairlawn, OH  44334
seneca@sk.legal

Mart Harris, Esq.
(PHV to Be Pending)
PA Id. No. 319504
THE TRIAL LAW FIRM, LLC
Fort Pitt Commons
445 Fort Pitt Blvd., Suite 220
Pittsburgh, PA  15219
MH@TLawF.com

*Attorneys for Plaintiff Jamal Knox*

/s/ *Kristina R. Rood*
Kristina R. Rood