**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JAMAL KNOX, | ) | CASE NO. 4:25-cv-105 |
| | ) | |
| | ) | |
| Plaintiff, | ) | CHIEF JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | **ORDER OF REFERRAL TO** |
| | ) | **MAGISTRATE JUDGE AMANDA** |
| | ) | **M. KNAPP** |
| CORECIVIC, INC., *et al.*, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Rule 72(a) of the Federal Rules of Civil Procedure and Rule 72.2(a) of the Local Civil Rules, this matter is referred to Magistrate Judge Amanda M. Knapp for resolution of the discovery dispute, as outlined in defendants' Notice of Request for Local Rule 37.1 Telephone Conference (Doc. No. 23), and resolution of any such other discovery-related issues that may develop in this case.

**IT IS SO ORDERED**.

Dated: September 19, 2025

_____
**HONORABLE SARA LIOI**
**CHIEF JUDGE**
**UNITED STATES DISTRICT JUDGE**