**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| JAMAL KNOX,<br><br>        Plaintiff,<br><br>vs.<br><br>CORE CIVIC INC., et al.,<br><br>        Defendants. | CASE NO. 4:25-cv-00105<br><br>DISTRICT JUDGE SARA LIOI<br><br><br>MAGISTRATE JUDGE AMANDA M. KNAPP<br><br>MINUTES OF PROCEEDING AND ORDER |

**Plaintiffs' Counsel:**
Seneca Konturas

**Defendants' Counsel:**
Kristina R. Rood

A telephone conference was held on January 23, 2026, with the above listed counsel regarding two pending discovery disputes.  The parties have reached agreement as to supplemental information to be produced by Plaintiff, as outlined in their January 21, 2026 Joint Status Report.  (ECF 34.)  The Court further instructed Plaintiff to: (1) provide the written discovery responses contemplated in the Joint Status Report (absent a signed verification page) to Defendants no later than **January 23, 2026**; (2) mail the same discovery responses with a blank verification page and the document releases contemplated in the Joint Status Report to the Plaintiff for signature, via express mail with an express mail return envelope, no later than **January 27, 2026**; and (3) provide the signed verifications and releases to Defendants as soon as possible, no later than **February 6, 2026**.

The parties and the Court also discussed a discovery dispute identified by Plaintiff.  (*See* ECF 35.) The parties were instructed to meet and confer in person, via video conference, or via telephone in a good faith attempt to resolve all or part of the dispute.  The parties shall file a Joint Status Report no later than **January 30, 2026**, informing the Court of the status of the ongoing discovery dispute, what issues have been resolved, and what disputed issues remain before the Court.  The joint status report shall not exceed three double-spaced pages and shall be signed by counsel for all parties.

Total Time: 35 minutes

Dated: January 23, 2026

/s/ *Amanda M. Knapp*
AMANDA M. KNAPP
UNITED STATES MAGISTRATE JUDGE

1