# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| JAMAL KNOX, | Civil Action No. 4:25-cv-00105 |
| Plaintiff, | CHIEF JUDGE SARA LIOI |
| v. | MAGISTRATE JUDGE AMANDA M. KNAPP |
| CORECIVIC, INC., et al. | |
| Defendants. | **JOINT MOTION FOR ORDER TO PRODUCE INSTITUTIONAL RECORDS** |

Plaintiff, Jamal Knox ("Plaintiff"), and Defendants, CoreCivic, Inc., Fender, Bodjanac, George, and Yancy (collectively, "Defendants"), jointly request that the Court issue an Order directing Butler County Jail to release Jamal Knox's institutional records to Defendants.

On June 19, 2025, Defendants served their First Set of Requests for Production to Plaintiff, requesting that Plaintiff produce a complete institutional file for each jail, detention center, and/or prison in which Plaintiff was detained or incarcerated in the ten years prior to the subject incident. Defendants also requested that Plaintiff execute a release for each jail, detention center, and/or prison. On September 29, 2025, Plaintiff provided an executed release for Butler County Prison. That same day, Defendants served a Subpoena Duces Tecum ("SDT") to Butler County Prison, requesting that Butler County Prison release all institutional records for Plaintiff. (*See* Exhibit 1, Subpoena Duces Tecum to Butler County Prison, dated Sept. 29, 2025.) Defendants attached Plaintiff's executed release to the SDT. (Ex. 1 at 6–7.) Butler County Prison, however, notified defense counsel that it would not release Plaintiff's institutional records absent a Court Order.

Accordingly, the parties respectfully request that the Court enter their proposed Order directing Butler County Prison to produce Plaintiff's institutional records to Defendants.

RESPECTFULLY SUBMITTED this 29th day of January, 2026.

By:/s/ Kristina R. Rood
    Daniel P. Struck, Bar No. AZ012377
    Dana M. Keene, Bar No. 0105374
    Kristina R. Rood, Bar No. AZ035097
    STRUCK LOVE ACEDO, PLC
    3100 West Ray Road, Suite 300
    Chandler, AZ  85226
    dstruck@strucklove.com
    dkeene@strucklove.com
    krood@strucklove.com
    Telephone:   (480) 420-1600
    Facsimile:    (480) 420-1695

    *Attorneys for Defendants CoreCivic, Inc., Fender, Bodjanac, George, Sabo, and Yancy*

By:/s/ Seneca Konturas, Esq. *(with permission)*
    Seneca Konturas, Esq., OH Id. No. 0095328
    LAW OFFICES OF SENECA KONTURAS, LLC
    P.O.  Box 13358
    Fairlawn, OH 44334
    seneca@sk.legal
    330.552.7117 (p)
    330.382.3052 (f)

By:/s/ Marty Harris, Esq. *(with permission)*
    Marty Harris, Esq., Pa. Id. No. 319504
    THE TRIAL LAW FIRM, LLC
    Fort Pitt Commons
    445 Fort Pitt Boulevard, Suite 220
    Pittsburgh PA 15219
    MH@TLawF.com
    412.588.0030

    *Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 29, 2026, I electronically submitted the attached document to the Clerk's Office for filing and caused a true and correct copy of the same to be sent to the following:

Seneca Konturas, Esq.
OH Id. No. 0095328
LAW OFFICES OF SENECA KONTURAS, LLC
P.O. Box 13358
Fairlawn, OH  44334
seneca@sk.legal

Mart Harris, Esq.
PA Id. No. 319504
THE TRIAL LAW FIRM, LLC
Fort Pitt Commons
445 Fort Pitt Blvd., Suite 220
Pittsburgh, PA  15219
MH@TLawF.com

*Attorneys for Plaintiff Jamal Knox*

/s/    *Kristina R. Rood*
Kristina R. Rood

3