**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| JAMAL KNOX,<br><br>    Plaintiff,<br><br> v.<br><br>CORECIVIC, INC., et al.<br><br>    Defendants. | Civil Action No. 4:25-cv-00105<br><br>CHIEF JUDGE SARA LIOI<br><br>MAGISTRATE JUDGE AMANDA M. KNAPP<br><br>**JOINT MOTION FOR ORDER DIRECTING META TO PRODUCE RECORDS** |

Plaintiff, Jamal Knox ("Plaintiff"), and Defendants, CoreCivic, Inc., Fender, Bodjanac, George, and Yancy (collectively, "Defendants"), jointly request that the Court issue an Order directing Meta to produce a compressed file of Jamal Knox's Facebook and Instagram accounts.

On June 19, 2025, Defendants served their First Set of Requests for Interrogatories to Plaintiff and First Set of Requests for Production to Plaintiff, requesting that Plaintiff identify the username for each social media account he maintains and produce a compressed file of each account. Plaintiff served his responses to Defendants' discovery requests on September 29, 2025. He responded that he maintained a Facebook account under the username "Jamal Knox" and an Instagram account under the username "mayhemmalGSC."[1] Despite his best efforts, Plaintiff cannot gain access to either account, and thus cannot produce a compressed file of each account to Defendants.

Accordingly, the parties respectfully request that the Court issue an Order directing Meta to produce a compressed file of Jamal Knox's Facebook and Instagram accounts.

---

[1] He also appears to maintain a Facebook account under the username "MayhemMalGSC" that was not disclosed in response to Defendants' discovery requests.

RESPECTFULLY SUBMITTED this 29th day of January, 2026.

By:/s/ Kristina R. Rood

Daniel P. Struck, Bar No. AZ012377
Dana M. Keene, Bar No. 0105374
Kristina R. Rood, Bar No. AZ035097
STRUCK LOVE ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, AZ  85226
dstruck@strucklove.com
dkeene@strucklove.com
krood@strucklove.com
Telephone:   (480) 420-1600
Facsimile:    (480) 420-1695

*Attorneys for Defendants CoreCivic, Inc., Fender,
Bodjanac, George, Sabo, and Yancy*

By:/s/ Seneca Konturas, Esq. *(with permission)*

Seneca Konturas, Esq., OH Id. No. 0095328
LAW OFFICES OF SENECA KONTURAS, LLC
P.O.  Box 13358
Fairlawn, OH 44334
seneca@sk.legal
330.552.7117 (p)
330.382.3052 (f)

By:/s/ Marty Harris, Esq. *(with permission)*

Marty Harris, Esq., Pa. Id. No. 319504
THE TRIAL LAW FIRM, LLC
Fort Pitt Commons
445 Fort Pitt Boulevard, Suite 220
Pittsburgh PA 15219
MH@TLawF.com
412.588.0030

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2026, I electronically submitted the attached document to the Clerk's Office for filing and caused a true and correct copy of the same to be sent to the following:

Seneca Konturas, Esq.
OH Id. No. 0095328
LAW OFFICES OF SENECA KONTURAS, LLC
P.O. Box 13358
Fairlawn, OH  44334
seneca@sk.legal

Mart Harris, Esq.
PA Id. No. 319504
THE TRIAL LAW FIRM, LLC
Fort Pitt Commons
445 Fort Pitt Blvd., Suite 220
Pittsburgh, PA  15219
MH@TLawF.com

*Attorneys for Plaintiff Jamal Knox*

/s/    *Kristina R. Rood*
Kristina R. Rood