**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| JAMAL KNOX, | ) | CASE NO. 4:25-cv-105 |
| | ) | |
| | ) | |
| Plaintiff, | ) | CHIEF JUDGE SARA LIOI |
| | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| | ) | |
| CORECIVIC, INC., *et al.*, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

Before the Court is defendants' motion for leave pursuant to Fed. R. Civ. P. 30(a)(2)(B) to depose plaintiff Jamal Knox ("Knox") (Doc. No. 58). Knox is currently incarcerated at the Federal Correctional Institution Talladega. (*Id.* at 1.)[1] The motion is unopposed. (*Id.*)

Rule 30 provides that "[a] party must obtain leave of court, and the court must grant leave to the extent consistent with Rule 26(b)(1) and (2): . . . if the deponent is confined in prison." Fed. R. Civ. P. 30(a)(2). Rule 26(b)(1) and (2), in turn, limits the scope of discovery to "any nonprivileged matter that is relevant to any party's claim or defense and proportional to the needs of the case[.]" Fed. R. Civ. P. 26(b)(1).

Defendants have shown good cause for their request for leave to depose Knox. They represent that they intended to depose Knox about several important aspects of the case, including: (i) the subject incident that occurred on December 18, 2023; (ii) his medical and mental health

---

[1] All page number references herein are to the consecutive page numbers applied to each individual document by the Court's electronic filing system.

care prior to and following the subject incident; (iii) his employment, criminal, and incarceration history; (iv) his social media usage/content; (v) his allegations in his complaint; and (vi) his alleged damages. (Doc. No. 58, at 1.) The Court concludes that this information is both relevant and proportional to the needs of the case.

Accordingly, defendants' motion for leave to depose plaintiff (Doc. No. 58) is **GRANTED**. Defendants are permitted to depose Knox via Zoom pursuant to Fed. R. Civ. P. 30(a)(2)(B), subject to Knox's availability and his current facility's rules and procedures.

**IT IS SO ORDERED**.

Dated: May 1, 2026

**HONORABLE SARA LIOI
CHIEF JUDGE
UNITED STATES DISTRICT COURT**